PROB 12B
(7/93)

# United States District Court

for

District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Bolivar Hiciano          Cr.: 09-468-01
         PACTS Number: 53541

Name of Sentencing Judicial Officer: Jose L. Linares, USDJ

Date of Original Sentence: 10/08/09

Original Offense: Importation of a Controlled Substance

Original Sentence: 30 months custody, 3 years supervised release, $100 special assessment

Type of Supervision: Supervised Release      Date Supervision Will Commence: 12/23/11

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

**RESIDENTIAL REENTRY CENTER PLACEMENT** (6 months WITH weekend privileges)

The defendant shall reside at a Residential Reentry Center for up to six months (6) or until an appropriate residence is approved by the U.S. Probation Office. The defendant shall observe all rules of the facility.

## CAUSE

In anticipation of his release, Hiciano has submitted several release plans to the District of Massachusetts Probation Office where he has ties. Unfortunately, those plans were denied because the proposed residence did not comport with their requirements. Hiciano has significant ties to that district and, as such, they proposed that the conditions of his supervision be modified to include a period of six months community confinement (to commence following his release from custody) or until an appropriate residence is approved by that district. This will enable Hiciano to remain in the community, secure employment and, ultimately, a residence in that district.

Respectfully submitted,

By: Denise Morales
     U.S. Probation Officer
Date: 04/14/11

PROB 12B - Page 2
Bolivar Hiciano

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4-18-11
_____
Date